**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6281**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CALVIN BUTLER,

        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Robert C. Chambers, District Judge.  (2:06-cr-00044-1)

Submitted:  May 31, 2022               Decided:  June 15, 2022

Before AGEE and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Calvin Butler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Calvin Butler appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(B) motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Butler*, No. 2:06-cr-00044-1 (S.D.W. Va. Feb. 12, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*